IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN H. McCOMB, Jr.
W11586 Demynck Rd.
Lodi, WI 53555
          Plaintiff

v.                                                    Civ. No. 3:19-cv-00553-jdp

NATIONAL UNION FIRE INSURANCE           Notice of Appeal
   COMPANY OF PITTSBURGH, PA          (with docking statement attached)
175 Water St.
18th Floor
New York, NY 10038
          Defendants,

## NOTICE OF APPEAL
(with docketing statement attached)

Notice is hereby given that John McComb, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the denial of his motion for reconsideration under Rule 59(e). The order denying plaintiff's motion was entered by a "TEXT ONLY ORDER" on the 31ST day of July, 2020.

Dated: _August 27, 2020_

                                         MAYER LAW OFICE

                                         Jeffrey M. Mayer
                                         Attorney for the Plaintiff
                                         State Bar No. 1035191

141-B Lodi Street
Lodi, WI 53555
Phone: (608) 592-3603
Fax: (608) 592-3660